JUSTIN X. WANG (CSB #166183)
**BAUGHMAN & WANG**
111 Pine Street, Suite 1350
San Francisco, California 94111
Telephone: (415) 576-9923
Facsimile: (415) 576-9929

Attorney for Plaintiffs
DILBAR SABITOVA;
KHASIYAT SABITOVA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DILBAR SABITOVA;
KHASIYAT SABITOVA;

Plaintiffs

vs.

MICHAEL CHERTOFF, Secretary of the
Department of Homeland Security;
ROBERT S. MUELLER, Director of Federal
Bureau of Investigation

Defendants.

Case No.: C 07 3957

**COMPLAINT FOR WRIT IN THE NATURE OF MANDAMUS**

"Immigration Case"

Plaintiffs Dilbar SABITOVA and Khasiyat SABITOVA, by and through their undersigned attorney, sue Defendants and state as follows:

1. This action is brought against the Defendants to compel action on the Application to Adjust to Permanent Resident Status, or Form I-485, by Plaintiffs Dilbar SABITOVA and Khasiyat SABITOVA, based on their asylee status, properly filed by the Plaintiffs. The I-485 applications remain within the jurisdiction of the Defendants, who have improperly withheld action on said application to Plaintiffs' detriments.

**PARTIES**

2. Plaintiffs Dilbar SABITOVA Khasiyat SABITOVA, daughter and mother, are natives and citizens of the Uzbekistan. Their Form I-485, Application to Register Permanent Resident or Adjust Status, were received by the U.S.C.I.S. on December 3, 2001 and are seeking to become permanent residents of the United States based on their asylee status.

3. Defendant Michael Chertoff is the Secretary of the Department of Homeland Security (DHS), and this action is brought against him in his official capacity. He is generally charged with enforcement of the Immigration and Nationality Act, and is further authorized to delegate such powers and authority to subordinate employees of the DHS 8 U.S.C. 1103(a); 8 C.F.R. 2.1.

4. Defendant Robert S. Mueller, III, is Director of the Federal Bureau of Investigations (FBI), the law enforcement agency that conducts security clearances for other U.S. government agencies, such as the Department of State. As will be shown, Defendant has failed to complete the security clearance on Plaintiffs' case.

## JURISDICTION

5. Jurisdiction in this case is proper under 28 USC §§1331 and 1361, 5 USC §701 *et seq.*, and 28 USC §2201 *et seq.* Relief is requested pursuant to said statutes.

## VENUE

6. Venue is proper in this court, pursuant to 28 USC §1391(e), in that this is an action against officers and agencies of the United States in their official capacities, brought in the District where the lead Plaintiff resides if no real property is involved in the action.

## EXHAUSTION OF REMEDIES

7. Plaintiffs have exhausted their administrative remedies.

## CAUSE OF ACTION

8. Plaintiffs Dilbar SABITOVA and Khasiyat SABITOVA, mother and daughter, are natives and citizens of the Uzbekistan. Their Form I-485, Application to Register Permanent Resident or Adjust Status, were received by the U.S.C.I.S. on December 3, 2001 (**Exhibit 1: I-485 RFE Notice for Plaintiff Dilbar SABITOVA and I-485 Transfer Notice for Plaintiff Khasiyat SABITOVA, Showing Receipt Numbers**). Plaintiff Khasiyat SABITOVA's I-485 case is allegedly at National Record Center, which means that her I-485 might have been inadvertently closed by the Service.

9. According to the Service Center processing dates, the USCIS Nebraska Service Center is currently processing I-485 asylee adjustment application filed on February 1, 2006 (**Exhibit 2: Copy of NSC Processing Dates Posted on July 16, 2007**). Plaintiffs' I-485 applications have

now remained pending for almost five years and eight months from the date of the filing.

10. Defendants' refusal to act in this case is, as a matter of law, arbitrary and not in accordance with the law. Defendants unreasonably have delayed in and have refused to adjudicate Plaintiffs' I-485 applications for almost five years and eight months from the date of filing, thereby depriving Plaintiffs of the rights to the decision on their applications and the peace of mind to which Plaintiffs are entitled.

11. Plaintiffs have been damaged by the failure of Defendants to act in accord with their duties under the law.

    (a) Plaintiffs Dilbar SABITOVA and Khasiyat SABITOVA have been damaged by simply being deprived of the adjudication of their Application to Adjust to Permanent Resident Status for almost five years and eight months. Plaintiffs have also been unable to plan any foreign travel or pursue a future course of action in the United States due to the pendency of their I-485 applications.

12. The Defendants, in violation of the Administrative Procedures Act and Mandamus Act, 5 USC §701 *et seq.*, are unlawfully withholding or unreasonably delaying action on Plaintiffs' I-485 applications and have failed to carry out the adjudicative functions delegated to them by law with regard to Plaintiffs' cases.

**PRAYER**

13. WHEREFORE, in view of the arguments and authority noted herein, Plaintiffs respectfully pray that the Defendants be cited to appear herein and that, upon due consideration, the Court enter an order:

    (a) requiring Defendants to expeditiously complete Plaintiffs Dilbar SABITOVA's and Khasiyat SABITOVA's FBI Security Check for their I-485 applications, if security check is the only reason for the delay;

    (b) requiring Defendants to expeditiously process Plaintiffs' I-485 applications to conclusion;

    (c) awarding Plaintiffs reasonable attorney's fees under the Equal Access to Justice Act; and

(d)   granting such other relief at law and in equity as justice may require.

Dated:   July 30, 2007                                   Respectfully submitted,

                                                         _____
                                                         Justin X. WANG, Esq.
                                                         Attorney for Plaintiff

**CERTIFICATION OF INTERESTED ENTITIES OR PERSON**

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated:    July 30, 2007                                  Respectfully submitted,

                                                         _____
                                                         Justin X. WANG, Esq.
                                                         Attorney for Plaintiff

## LIST OF ATTACHMENTS

| *Exhibit* | *Description* |
|---|---|
| 1 | I-485 RFE Notice for Plaintiff Dilbar SABITOVA and I-485 Transfer Notice for Plaintiff Khasiyat SABITOVA, Showing Receipt Numbers |
| 2 | Copy of NSC Processing Dates Posted on July 16, 2007 |

Case No.:
PLAINTIFFS' ORIGINAL COMPLAINT            6    F:\LING\Mandamus\485 Asylum Based\SABITOVA\Complaint.wpd

Ex-1

Department of Homeland Security
P.O. Box 82521
Lincoln, NE 68501-2521



U.S. Citizenship
and Immigration
Services

November 29, 2005

Refer to File Number: LIN0205251162

DILBAR SABITOVA
3219 ADELINE ST
BERKELEY CA 94703

Dear Sir or Madam:

RE: Form: I485
    Beneficiary:    SABITOVA, DILBAR

### REQUEST FOR EVIDENCE

The documentation submitted is not sufficient to warrant favorable consideration of your petition/application.

## See Attachment for Details

## Your response must be received in this office by February 21, 2006.

Your case is being held in this office pending your response. Within this period you may:
1. Submit all of the evidence requested;
2. Submit some or none of the evidence requested and ask for a decision based upon the record; or
3. Withdraw the application or petition. (It is noted that if you request that the application or petition be withdrawn, the filing fee cannot be refunded).

You must submit all of the evidence at one time. Submission of only part of the evidence requested will be considered a request for a decision based upon the record. No extension of the period allowed to submit evidence will be granted. If the evidence submitted does not establish that your case was approvable at the time it was filed, it can be denied.

If you do not respond to this request within the time allowed, your case will be considered abandoned and denied. Evidence received in this office after the due date may not be considered.

PLACE THIS LETTER ON TOP OF YOUR RESPONSE. SUBMISSION OF EVIDENCE WITHOUT THIS LETTER WILL DELAY PROCESSING OF YOUR CASE AND MAY RESULT IN A DENIAL. PLEASE USE THE ENCLOSED ENVELOPE TO MAIL ADDITIONAL EVIDENCE REQUEST BACK TO THIS OFFICE.

Sincerely,

Paul M. Pierre
Acting Director
NSC/DTO EX162

www.uscis.gov

Department of Homeland Security
Citizenship and Immigration Services

I-797C, Notice of Action

## THE UNITED STATES OF AMERICA

| RECEIPT NUMBER<br>LIN-02-052-51131 | | CASE TYPE  I485  APPLICATION TO ADJUST TO PERMANENT RESIDENT STATUS |
|---|---|---|
| RECEIPT DATE<br>December 3, 2001 | PRIORITY DATE | APPLICANT  A077 845 277<br>SABITOVA, KHASIYAT |
| NOTICE DATE<br>September 8, 2006 | PAGE<br>1 of 1 | |

KHASIYAT SABITOVA
1141 BRIGHTON BEACH AVENUE
BROOKLYN NY 11235

Notice Type:   Transfer Notice

This is to advise you that in order to speed processing, we have transferred the above case to the following INS office for processing:

    75 Hawthorne Street, #303S, San Francisco, CA 94104

    Telephone: (415) 556-6815

That office will notify you of the decision made on the application or petition. Any further inquiries should be made to that office.

---

Please see the additional information on the back. You will be notified separately about any other cases you filed.
NEBRASKA SERVICE CENTER
U. S. IMMIG. & NATZ. SERVICE
P.O. BOX 82521
LINCOLN NE 68501-2521
Customer Service Telephone: 800-375-5283



Ex. 2



Home  Contact Us  Site Map  FAQ

Search 

Advanced Search

| Services & Benefits | Immigration Forms | Laws & Regulations | About USCIS | Education & Resources | Press Room |

Print This Page    Back

# U.S. Citizenship and Immigration Services
## Nebraska Service Center Service Center Processing Dates
### Posted July 16, 2007

**Notice**: U.S. Citizenship and Immigration Services (USCIS) has improved the reporting procedure for processing times of immigration benefit applications. In the past, USCIS benefit processing reports indicated the specific type of applications or petitions that were being processed and the date the cases were received. However, the date the case was received did not provide a clear indication of when USCIS expected to complete the case, nor did it provide a clear indication of USCIS' commitment to process cases within a certain cycle time. It also did not align with the processing times and cycle times the agency reports in other contexts.

This improved reporting procedure is an effort to give our customers more accurate information that better reflects current processing time and USCIS service level commitments. Effective immediately, when we are completing applications and petitions within our service level goals we will report that as the processing time. For example, when our service level goal is to process a particular kind of case within six months, and if our processing time is six months or less, we will show a date consistent with our service level goal because that reflects our commitment.

When we are not meeting our service level goal, the date posted will reflect the filing date of cases that are being completed. It should be noted that while in some instances reported processing dates may appear to have regressed due to this change, they do not reflect a lengthening of USCIS processing times, but simply the change in reporting. Our goal is to provide accurate projections and thus give customers clear expectations as to what they can expect as a processing time.

**There are several important exceptions to the processing times shown below:**

- Case processing will be delayed if we must ask you for more evidence or information. If we ask for missing required initial evidence, count the processing time from when we receive that missing evidence.
- The case processing timeframe will start over if a customer doesn't appear for an interview or asks that it be rescheduled.

**What if I have a problem or have questions about a case?**

We offer a variety of services after you file. For example, for most kinds of cases you can check the status of your case online.

For more information about when and how to contact us, whether your case is outside our processing time or if there are other issues, please see our fact sheet --

Case Services - How do I... know what kind of services are available to me after I file my application or petition?

One additional point about these projections. They are the time to complete processing and mail the actual notice and/or document. If you check case status online and see that your case has been approved, and you haven't yet received your approval notice or document in the mail, we ask that you wait thirty days from the approval date before contacting us. That is because it may take that long before it is returned to us as undeliverable. You can also print the case status online answer

for your records.

Service Center Processing Dates for **Nebraska Service Center** Posted July 16, 2007

| Form | Title | Classification or Basis for Filing | Now Processing Cases with Receipt Notice Date of |
|---|---|---|---|
| I-90 | Application to Replace Permanent Resident Card | Initial issuance or replacement | November 06, 2006 |
| I-90 | Application to Replace Permanent Resident Card | 10-year renewal | October 08, 2005 |
| I-90A | Application to Replace Permanent Resident Card | Initial issuance or replacement for Special Agricultral Workers (SAW) | January 13, 2007 |
| I-102 | Application for Replacement/Initial Nonimmigrant Arrival/Departure Record | Initial issuance or replacement of a Form I-94 | March 22, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | H-1B - Specialty occupation - Visa to be issued abroad | May 15, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | H-1B - Specialty occupation - Change of status in the U.S. | May 15, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | H-1B - Specialty occupation - Extension of stay in the U.S. | May 15, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | H-2A - Temporary workers | June 30, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | H-2B - Other temporary workers | June 15, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | H-3 - Temporary trainees | May 15, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | L - Intracompany transfers | June 15, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | Blanket L | May 15, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | O - Extraordinary ability | May 15, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | P - Athletes, artists, and entertainers | May 15, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | Q - Cultural exchange visitors and exchange visitors participating in the Irish Peace process | May 15, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | R - Religious occupation | May 15, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | TN - North American Free Trade Agreement (NAFTA) professional | May 15, 2006 |
| I-131 | Application for Travel Document | Permanent resident applying for a re-entry permit | March 06, 2007 |
| I-131 | Application for Travel Document | Refugee or aslyee applying for a refugee travel document | March 06, 2007 |
| I-131 | Application for Travel Document | Haitian Refugee Immigrant Fairness Act (HRIFA) principal applying for advance parole | March 26, 2007 |
| I-131 | Application for Travel Document | Haitian Refugee Immigrant Fairness Act (HRIFA) dependent applying for advance parole | October 14, 2006 |
| I-131 | Application for Travel Document | All other applicants for advance parole | March 26, 2007 |
| I-140 | Immigrant Petition for Alien Worker | Extraordinary ability | October 03, 2006 |
| I-140 | Immigrant Petition for Alien Worker | Outstanding professor or researcher | December 11, 2006 |
| I-140 | Immigrant Petition for Alien Worker | Multinational executive or manager | September 07, 2006 |

| | | | |
|---|---|---|---|
| I-140 | Immigrant Petition for Alien Worker | Schedule A Nurses | September 18, 2006 |
| I-140 | Immigrant Petition for Alien Worker | Advanced degree or exceptional ability | September 14, 2006 |
| I-140 | Immigrant Petition for Alien Worker | Advanced degree or exceptional ability requesting a National Interest Waiver | August 01, 2006 |
| I-140 | Immigrant Petition for Alien Worker | Skilled worker or professional | October 06, 2006 |
| I-140 | Immigrant Petition for Alien Worker | Unskilled worker | October 20, 2006 |
| I-212 | Application for Permission to Reapply for Admission into the U.S. After Deportation or Removal | Readmission after deportation or removal | January 13, 2007 |
| I-360 | Petition for Amerasian, Widow(er), or Special Immigrant | All other special immigrants | January 13, 2007 |
| I-485 | Application to Register Permanent Residence or to Adjust Status | Employment-based adjustment applications | August 20, 2006 |
| I-485 | Application to Register Permanent Residence or to Adjust Status | Based on grant of asylum more than 1 year ago | February 01, 2006 |
| I-485 | Application to Register Permanent Residence or to Adjust Status | Based on refugee admission more than 1 year ago | August 01, 2006 |
| I-485 | Application to Register Permanent Residence or to Adjust Status | Under the Haitian Refugee Immigrant Fairness Act (HRIFA) | January 13, 2007 |
| I-485 | Application to Register Permanent Residence or to Adjust Status | Under the Indochinese Adjustment Act | January 13, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Change of status to H or L dependents | April 04, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Change status to the F or M academic or vocational student categories | April 04, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Change Status to the J exchange visitor category | April 04, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | All other change of status applications | April 04, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Extension of stay for H and L dependents | April 04, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Extension of Stay for F or M academic or vocational students | April 04, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Extension of Stay for J exchange visitors | April 04, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | All other extension applications | April 04, 2007 |
| I-612 | Application for Waiver of the Foreign Residence Requirement | Application for a waiver of the 2-year foreign residence requirement based on exceptional hardship or persecution | December 15, 2006 |
| I-730 | Refugee/Asylee Relative Petition | Petition for accompanying family members of a refugee or an asylee | July 20, 2006 |
| I-751 | Petition to Remove the Conditions on Residence | Removal of lawful permanent resident conditions (spouses of U.S. citizens and lawful permanent residents | November 12, 2006 |
| I-765 | Application for Employment Authorization | Based on an approved asylum application [(a)(5)] | June 16, 2007 |

| I-765 | Application for Employment Authorization | Based on a request by a qualified F-1 academic student. [(c)(3)] | April 28, 2007 |
|---|---|---|---|
| I-765 | Application for Employment Authorization | Based on a pending asylum application [(c)(8)] | June 16, 2007 |
| I-765 | Application for Employment Authorization | Based on a pending I-485 adjustment application [(c)(9)] | March 26, 2007 |
| I-765 | Application for Employment Authorization | All other applications for employment authorization | April 27, 2007 |
| I-817 | Application for Family Unity Benefits | Voluntary departure under the family unity program | January 13, 2007 |
| I-824 | Application for Action on an Approved Application or Petition | To request further action on an approved application or petition | November 29, 2006 |

Print This Page     Back

Home   Contact Us   Privacy Policy   Website Policies   NoFEAR   Freedom Of Information Act   FirstGov

U.S. Department of Homeland Security