**PROOF OF SERVICE**

I, the undersigned, declare:

That I am an employee of Baughman & Wang and my business address is:

        111 Pine Street, Suite 1350
        San Francisco, CA 94111

That I served the within:

    **RE:   C07 3957 JSW**

    **1)    SUMMONS IN A CIVIL ACTION;**
    **2)    CIVIL COVER SHEET;**
    **3)    PLAINTIFF'S ORIGINAL COMPLAINT FOR WRIT IN THE NATURE OF MANDAMUS;**
    **4)    ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND DEADLINES; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; AND**
    **5)    ELECTRONIC CASE FILING REGISTRATION INFORMATION HANDOUT**

by placing said documents in an envelope, which was then sealed, with postage fully paid thereon, and was this day addressed as follows:

        Alberto Gonzales (By Certified Mail)
        Attorney General
        U.S. Department of Justice
        950 Pennsylvania Avenue, NW
        Washington, DC 20530-0001

        US Attorneys Office (By Certified Mail)
        450 Golden Gate Avenue, Box 36055
        San Francisco, CA 94102
        Attn: Civil Process Clerk

        Office of the General Counsel (By Certified Mail)
        U.S. Department of Homeland Security
        Washington, DC 20528

        Robert S. Mueller, III (By Certified Mail)
        Director
        Federal Bureau of Investigations
        Office of the General Counsel
        Room 7427, 935 Pennsylvania Ave., N.W.,
        Washington, DC 20535

Executed this August 3, 2007, at San Francisco, California.

                                 Joanna Lai