| | |
|---|---|
| 1 | SCOTT N. SCHOOLS, SC SBN 9990 |
| | United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143 |
| | Assistant United States Attorney |
| 3 | Chief, Civil Division |
| | EDWARD A. OLSEN, CSBN 214150 |
| 4 | Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue, Box 36055 |
| | San Francisco, California 94102 |
| 6 | Telephone: (415) 436-6915 |
| | FAX: (415) 436-6927 |
| 7 | |
| | Attorneys for Defendants |
| 8 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| DILBAR SABITOVA, | ) | |
| KHASIYAT SABITOVA, | ) | No. C 07-3957 JSW |
| | ) | |
| Plaintiffs, | ) | |
| | ) | **PARTIES' JOINT REQUEST TO BE** |
| v. | ) | **EXEMPT FROM FORMAL ADR** |
| | ) | **PROCESS** |
| MICHAEL CHERTOFF, Secretary of the | ) | |
| Department of Homeland Security; | ) | |
| ROBERT S. MUELLER, Director of Federal | ) | |
| Bureau of Investigation, | ) | |
| | ) | |
| Defendants. | ) | |

Each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them. Here, the parties agree that referral to a formal ADR process will not be beneficial because this mandamus action is limited to plaintiffs' request that this Court compel defendants to adjudicate the applications for adjustment of status.

Given the substance of the action and the lack of any potential middle ground, ADR will only serve to multiply the proceedings and unnecessarily tax court resources. Accordingly, pursuant to

Parties' Request for ADR Exemption
C 07-3957 JSW                                1

1  ADR L.R. 3-3(c), the parties request the case be removed from the ADR Multi-Option Program
2  and that they be excused from participating in the ADR phone conference and any further formal
3  ADR process.

4  Dated: October 17, 2007                    Respectfully submitted,

                                              SCOTT N. SCHOOLS
                                              United States Attorney


                                              _____/s/_____
                                              EDWARD A. OLSEN
                                              Assistant United States Attorney
                                              Attorneys for Defendants


Dated: October 17, 2007                       _____/s/_____
                                              JUSTIN WANG
                                              Attorneys for Plaintiffs

## ORDER

Pursuant to stipulation and to ADR L. R. 3-3(c), the parties are hereby removed from the ADR Multi-Option Program and are excused from participating in the ADR phone conference and any further formal ADR process.

**SO ORDERED.**

Dated: _____                          _____
                                              JEFFREY S. WHITE
                                              United States District Judge

Parties' Request for ADR Exemption
C 07-3957 JSW                                 2