E-filing

1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD A. OLSEN, CSBN 214150
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-6915
   FAX: (415) 436-6927
7
   Attorneys for Defendants
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12 DILBAR SABITOVA,                     )
   KHASIYAT SABITOVA,                   )   No. C 07-3957 JSW
13                                      )
               Plaintiffs,              )
14                                      )   **PARTIES' JOINT REQUEST TO BE**
        v.                              )   **EXEMPT FROM FORMAL ADR**
15                                      )   **PROCESS**
   MICHAEL CHERTOFF, Secretary of the   )
16 Department of Homeland Security;     )
   ROBERT S. MUELLER, Director of Federal)
17 Bureau of Investigation,             )
                                        )
18             Defendants.              )
                                        )
19 ─────────────────────────────────────

20     Each of the undersigned certifies that he or she has read either the handbook entitled "Dispute

21 Resolution Procedures in the Northern District of California," or the specified portions of the ADR

22 Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution

23 options provided by the court and private entities, and considered whether this case might benefit

24 from any of them. Here, the parties agree that referral to a formal ADR process will not be

25 beneficial because this mandamus action is limited to plaintiffs' request that this Court compel

26 defendants to adjudicate the applications for adjustment of status.

27     Given the substance of the action and the lack of any potential middle ground, ADR will only

28 serve to multiply the proceedings and unnecessarily tax court resources. Accordingly, pursuant to

Parties' Request for ADR Exemption
C 07-3957 JSW                             1

1  ADR L.R. 3-3(c), the parties request the case be removed from the ADR Multi-Option Program
2  and that they be excused from participating in the ADR phone conference and any further formal
3  ADR process.

4  Dated: October 17, 2007                    Respectfully submitted,

5                                             SCOTT N. SCHOOLS
                                              United States Attorney
6

7                                             _____/s/_____
                                              EDWARD A. OLSEN
8                                             Assistant United States Attorney
                                              Attorneys for Defendants
9

10
   Dated: October 17, 2007                    _____/s/_____
11                                            JUSTIN WANG
                                              Attorneys for Plaintiffs
12

13                                  **ORDER**

14     Pursuant to stipulation and to ADR L. R. 3-3(c), the parties are hereby removed from the ADR
15  Multi-Option Program and are excused from participating in the ADR phone conference and any
16  further formal ADR process.

17  **SO ORDERED.**

18

19
   Dated:   October 19, 2007                  _____
20                                            JEFFREY S. WHITE
                                              United States District Judge
21

Parties' Request for ADR Exemption
C 07-3957 JSW                                 2