SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6915
FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DILBAR SABITOVA, <br> KHASIYAT SABITOVA, <br><br> Plaintiffs, <br><br> v. <br><br> MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; <br> ROBERT S. MUELLER, Director of Federal Bureau of Investigation, <br><br> Defendants. | No. C 07-3957 JSW <br><br> **STIPULATION TO EXTEND DATE OF CASE MANAGEMENT CONFERENCE; AND [PROPOSED] ORDER** <br><br> CMC Date:   November 9, 2007 <br> Time:           1:30 p.m. |

The plaintiffs, by and through their attorneys of record, and defendants, by and through their attorneys of record, hereby stipulate, subject to approval of the Court, to extend the date of the case management conference, currently set for November 9, 2007, by approximately 60 days, in light of the following:

1. The plaintiffs are natives and citizens of Uzbekistan who filed I-485 applications to adjust their status to lawful permanent resident with the United States Citizenship and Immigration Services (USCIS) on December 3, 2001.

2. The I-485 applications are currently being reviewed by an adjudicator at the Nebraska Service Center (NSC), a component of USCIS, and plaintiffs' counsel has recently responded to a

STIPULATION TO EXTEND DATE OF CMC
C 07-3957 JSW

Request for Evidence issued by the NSC.

3. The parties believe there is a reasonable possibility that this case may become moot within 60 days.

4. If the NSC adjudicates the plaintiffs' I-485 applications within 60 days, the parties will promptly file a stipulation to dismiss.

5. If the case does not become moot within 60 days, the parties will file a joint case management statement seven days in advance of the case management conference.

6. The parties respectfully ask this Court to extend the date of the case management conference to January 4, 2008.

Dated: October 31, 2007							Respectfully submitted,

											SCOTT N. SCHOOLS
											United States Attorney

											/s/
											EDWARD A. OLSEN
											Assistant United States Attorney
											Attorneys for Defendants

Dated: October 31, 2007							/s/
											JUSTIN X. WANG
											Attorney for Plaintiffs

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: _____
											JEFFREY S. WHITE
											United States District Judge

STIPULATION TO EXTEND DATE OF CMC
C 07-3957 JSW