1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD A. OLSEN, CSBN 214150
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-6915
      FAX: (415) 436-6927
7
   Attorneys for Defendants
8

9                       UNITED STATES DISTRICT COURT

10                     NORTHERN DISTRICT OF CALIFORNIA

11                           SAN FRANCISCO DIVISION

12 DILBAR SABITOVA,                        )
   KHASIYAT SABITOVA,                      )  No. C 07-3957 JSW
13                                         )
                Plaintiffs,                )
14                                         )  **STIPULATION TO EXTEND DATE OF**
        v.                                 )  **CASE MANAGEMENT CONFERENCE;**
15                                         )  **AND [PROPOSED] ORDER**
   MICHAEL CHERTOFF, Secretary of the      )
16 Department of Homeland Security;        )  CMC Date:    November 9, 2007
   ROBERT S. MUELLER, Director of Federal  )  Time:        1:30 p.m.
17 Bureau of Investigation,                )
                                           )
18              Defendants.                )
                                           )
19

20     The plaintiffs, by and through their attorneys of record, and defendants, by and through their

21 attorneys of record, hereby stipulate, subject to approval of the Court, to extend the date of the

22 case management conference, currently set for November 9, 2007, by approximately 60 days, in

23 light of the following:

24     1. The plaintiffs are natives and citizens of Uzbekistan who filed I-485 applications to adjust

25 their status to lawful permanent resident with the United States Citizenship and Immigration

26 Services (USCIS) on December 3, 2001.

27     2. The I-485 applications are currently being reviewed by an adjudicator at the Nebraska

28 Service Center (NSC), a component of USCIS, and plaintiffs' counsel has recently responded to a

STIPULATION TO EXTEND DATE OF CMC
C 07-3957 JSW

Request for Evidence issued by the NSC.

3. The parties believe there is a reasonable possibility that this case may become moot within 60 days.

4. If the NSC adjudicates the plaintiffs' I-485 applications within 60 days, the parties will promptly file a stipulation to dismiss.

5. If the case does not become moot within 60 days, the parties will file a joint case management statement seven days in advance of the case management conference.

6. The parties respectfully ask this Court to extend the date of the case management conference to January 4, 2008.

Dated: October 31, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

/s/
EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Defendants

Dated: October 31, 2007

/s/
JUSTIN X. WANG
Attorney for Plaintiffs

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:   November 1, 2007

_____
JEFFREY S. WHITE
United States District Judge

STIPULATION TO EXTEND DATE OF CMC
C 07-3957 JSW