JUSTIN X. WANG (CSB #166183)
**BAUGHMAN & WANG**
111 Pine Street, Suite 1350
San Francisco, California 94111
Telephone: (415) 576-9923
Facsimile: (415) 576-9929

Attorney for Plaintiffs

Dilbar Sabitova
Khasiyat Sabitova

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Dilbar Sabitova<br>Khasiyat Sabitova<br><br>            Plaintiffs,<br><br>*Michael Chertoff*, Secretary of the Department of Homeland Security;<br>Robert S. Mueller, Director of Federal Bureau of Investigation.<br>            Defendants. | Case No.: **C 07-3957 JSW**<br><br>**STIPULATION OF DISMISSAL; AND [PROPOSED] ORDER** |

Plaintiffs, by and through their attorney of record, and Defendants, by the through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal without prejudice in light of the fact that the United States Citizenship and Immigration Services has approved Plaintiffs' applications for adjustment of status.

Each of the parties shall pay their own costs and fees.

Dated: November 20, 2007                                    Respectfully submitted,


                                                                                    /S/
                                                                        JUSTIN X. WANG
                                                                        Attorney for Plaintiffs



                                                                        SCOTT N. SCHOOLS
                                                                        United States Attorney

---

Case No.: **C 07-3957 JSW**
Stipulation of Dismissal                                    F:\LING\Mandamus\485 Asylum Based\SABITOVA\STIPULATION OF DISMISSAL.wpd

Dated: November 20, 2007

                                          /S/
                            EDWARD A. OLSEN
                            Assistant U.S. Attorney
                            Attorney for Defendants

## **ORDER**

Pursuant to the stipulation, IT IS SO ORDERED.

DATED: _____

                            JEFFREY S. WHITE
                            United States District Judge