1  JUSTIN X. WANG (CSB #166183)
   **BAUGHMAN & WANG**
2  111 Pine Street, Suite 1350
   San Francisco, California 94111
3  Telephone: (415) 576-9923
   Facsimile:  (415) 576-9929
4
   Attorney for Plaintiffs
5
   Dilbar Sabitova
6  Khasiyat Sabitova

7               UNITED STATES DISTRICT COURT

8              NORTHERN DISTRICT OF CALIFORNIA

9
   Dilbar Sabitova                         )   Case No.: **C 07-3957 JSW**
10 Khasiyat Sabitova                       )
                                           )
11                    Plaintiffs,          )
                                           )
12 *Michael Chertoff*, Secretary of the Department )
   of Homeland Security;                   )   **STIPULATION OF DISMISSAL;**
13 Robert S. Mueller, Director of Federal Bureau ) **AND [PROPOSED] ORDER**
   of Investigation.                       )
14                    Defendants.          )
                                           )
15

16      Plaintiffs, by and through their attorney of record, and Defendants, by the through their attorneys
   of record, hereby stipulate, subject to the approval of the Court, to dismissal without prejudice in light of
17 the fact that the United States Citizenship and Immigration Services has approved Plaintiffs' applications
   for adjustment of status.
18
        Each of the parties shall pay their own costs and fees.
19

20

21 Dated: November 20 , 2007              Respectfully submitted,

22

23                                              /S/
                                          JUSTIN X. WANG
24                                        Attorney for Plaintiffs

25

26                                        SCOTT N. SCHOOLS
                                          United States Attorney
27

28

---
Case No.: C 07-3957 JSW
Stipulation of Dismissal                F:\LING\Mandamus\485 Asylum Based\SABITOVA\STIPULATION OF DISMISSAL.wpd

Dated: November 20, 2007

/S/
EDWARD A. OLSEN
Assistant U.S. Attorney
Attorney for Defendants

**ORDER**

Pursuant to the stipulation, IT IS SO ORDERED.

DATED: November 21, 2007

JEFFREY S. WHITE
United States District Judge

Case No.: C 07-3957 JSW
Stipulation of Dismissal                                F:\LING\Mandamus\485 Asylum Based\SABITOVA\STIPULATION OF DISMISSAL.wpd